# MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. Securities and Exchange Commission

Write the full name of each plaintiff or petitioner.

Case No. 7:21 CV 06694KMK

-against-

Evarist C. Amah

NOTICE OF MOTION

To adjourn initial conference

Write the full name of each defendant or respondent.

PLEASE TAKE NOTICE that **Defendant** **Evarist C. Amah**
plaintiff or defendant    name of party who is making the motion

requests that the Court:
Grant an adjournment to the initial conference from February 11, 2022 to week beginning February 21, 2022. The defendant is away and will be unable to return home by February 11, 2021. This is the defendant's first request to adjourn the initial conference.
Opposing counsel has been properly notified of this request and does not object.
Respectfully submitted.

*Denied. The conference can go forward by telephone.*

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

*So Ordered*

*/s/ KMK*
*2/9/22*

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law

☐ my own declaration, affirmation, or affidavit

☐ the following additional documents:

s/Evarist Amah

2/7/2022
Dated

Signature

Evarist C. Amah
Name

Prison Identification # (if incarcerated)

16431 Tudor Point Court    Houston    TX    77082
Address    City    State    Zip Code

Telephone Number (if available)    E-mail Address (if available)

SDNY Rev: 5/24/2016