## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

U.S. SECURITIES AND EXCHANGE COMMISSION,

                    Plaintiff,

-against-                               21 **CIVIL** 6694 (KMK)

## **JUDGMENT**

EVARIST C. AMAH

                    Defendant.

-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 25, 2024, the Court has granted the SEC's Motion; accordingly, the case is closed.

**Dated:** New York, New York

      June 26, 2024

                                                    **DANIEL ORTIZ**
                                               **Acting Clerk of Court**

                     **BY:**      *K. Mango*

                                                     **Deputy Clerk**