UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

U.S. Securities and Exchange Commission,

               Plaintiff,               21 Civ. 06694  (KMK)(VR)

      -against-

Evarist C. Amah, Pro Se,              AMENDED
                                     CALENDAR NOTICE

               Defendant.
-------------------------------------------------------X

Please take notice that the above captioned action has been scheduled for a status

conference before the Honorable Kenneth M. Karas, United States District Judge, on Tuesday,

April 14, 2026 at 12:00 p.m.

NOTICE OF TELECONFERENCE INFORMATION: Counsel shall call the following number
at the designated time:

Meeting Dial-In Number (USA toll-free): (605) 472-5160  Access Code: 4653066

Counsel involved in any Pro Se cases shall mail a copy of this Notice to or otherwise inform the
Pro Se party of the above teleconference information.  Counsel in any Pro Se inmate cases shall
ensure that the Pro Se party is on the line before calling the above-referenced number. Any
requests for adjournments should be filed as soon as possible and clearly explain why the
conference should be adjourned.

Dated: April 10, 2026
       White Plains, New York

So Ordered

_____
Kenneth M. Karas, U.S.D.J